IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:12CR109 |
|---|---|
| Plaintiffs, | |
| vs. | ORDER |
| CONRADO GARCIA-ALVAREZ, | |
| Defendant. | |

This matter is before the court on the defendant's motion for early release, Filing No. 155. The matter is set for hearing on March 20, 2014. The court notes that the government has not filed a resistance or brief in resistance to the defendant's motion. The court finds that a hearing without benefit of the government's position or a brief concerning this matter is not conducive to judicial efficiency. The court finds that a hearing in this matter may not be necessary if the government does not resist the defendant's motion or presents the court with controlling law.

Accordingly, the court finds that the government must respond to the defendant's motion on or before April 4, 2014. The court will then decide whether further hearing is necessary.

IT IS THEREFORE ORDERED:

1. The hearing set for March 20, 2014, Filing No. 156, is cancelled pending further order of this court.

2. The government shall file a responsive pleading to the defendant's motion, Filing No. 155, on or before **April 4, 2014**.

DATED this 18th day of March, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge